TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
TOWN OF LOS GATOS, DAVID FISHBACK,
M. CARRIZOSA and SCOTT SEAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE JOHNSON,<br><br>       Plaintiff,<br><br>vs.<br><br>DAVID FISHBACK, et al.<br><br>       Defendants. | Case No. CV 10-05084 LHK<br><br>STIPULATION AND [PROPOSED] ORDER RE FURTHER SETTLEMENT CONFERENCE<br><br>Date:   January 30, 2012<br>Time:   9:30 a.m. |

Plaintiff TYRONE JOHNSON, by and through his counsel of record, and Defendants TOWN OF LOS GATOS, DAVID FISHBACK, M. CARRIZOSA and SCOTT SEAMAN, by and through their counsel of record, hereby stipulate and agree to participate in a Further Settlement Conference before Magistrate Judge Laurel Beeler to be held on **January 30, 2012 at 9:30 a.m.** at 1301 Clay Street, 3rd Floor, Oakland, California.

                                                    BOSKOVICH & APPLETON

Dated: December 5, 2011                         By /s/ Anthony Boskovich
                                                    Anthony Boskovich
                                                    Attorneys for Plaintiff
                                                    TYRONE JOHNSON

1

STIPULATION AND [PROPOSED] ORDER RE FURTHER SETTLEMENT CONFERENCE;
Case No. CV 10-05084 LHK

|   |   |
|---|---|
| Dated: December 5, 2011 | HOWARD ROME MARTIN & RIDLEY LLP<br><br>By: /s/ Todd H. Master<br>Todd H. Master<br>Attorneys for Defendants<br>TOWN OF LOS GATOS, DAVID FISHBACK, M. CARRIZOSA and SCOTT SEAMAN |

### ORDER

The Stipulation and Proposed Order to participate in a Further Settlement Conference on January 30, 2012 at 9:30 a.m. before Magistrate Judge Laurel Beeler is hereby granted. To the extent it will assist the Court at the conference, the parties are encouraged to provide the Court with further settlement conference statements on or before January 23, 2012. The parties need not restate the information provided in their prior settlement conference briefs, but should provide the Court with an update and/or any additional information on the status of the case.

Dated: December 15, 2011

Magistrate Judge Laurel Beeler
United States District Court