**TODD H. MASTER [SBN: 185881]**
tmaster@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
TOWN OF LOS GATOS, DAVID FISHBACK,
M. CARRIZOSA and SCOTT SEAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID FISHBACK, et al.<br><br>　　　　Defendants. | Case No. CV 10-05084 LHK<br><br>[PROPOSED] ORDER VACATING REFERRAL TO ADR PROCESS |

　　　Pursuant to Judge Koh's Minute Order and Case Management Order [Document 31], the parties were referred to Court-sponsored mediation to be completed by February 15, 2012.

　　　On August 9, 2011, the parties participated in a Settlement Conference with Magistrate Judge Laurel Beeler. The case did not settle at that time.

　　　The parties, wishing to participate in a further settlement conference with Magistrate Beeler, who is most familiar with current discussions and the issues in the case, stipulated and agreed to participate in a Further Settlement Conference before Magistrate Judge Laurel Beeler to be held on January 30, 2012 at 9:30 a.m. at 1301 Clay Street, 3rd Floor, Oakland, California. The

Order granting that request was signed by Magistrate Beeler on December 15, 2011 [Document 34].

Given Magistrate Beeler's December 15, 2011 Order setting a further settlement conference for January 30, 2012, the Order referring the parties to ADR Process and Court-sponsored mediation is hereby vacated. The parties are ordered to advise mediator Randolph W. Hall of this Order.

Dated: _____December 19_____, 2011

_____
LUCY H. KOH
United States District Judge