1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10    TYRONE JOHNSON,                              No. C 10-05084 LHK (LB)

11              Plaintiff,

12         v.                                    **ORDER REGARDING
                                                 SUPPLEMENTAL SETTLEMENT
13    DAVID FISHBACK, *et al.*,                  STATEMENTS**

14              Defendants.

15    _____/

16         A settlement conference in the above-captioned matter is scheduled for Monday, January 30,

17    2012 before the undersigned.  ECF No. 34.  The court **ORDERS** the parties to submit confidential

18    statements of litigation costs and attorney's fees to date and estimated costs, fees and time projected

19    for further discovery, pretrial proceedings, and trial.  The parties shall email the statements to

20    lbpo@cand.uscourts.gov as soon as possible and preferably by 5:00 p.m. on Friday, January 27,

21    2012.

22         **IT IS SO ORDERED.**

23    Dated:  January 27, 2012

24                                              _____

25                                              LAUREL BEELER
                                                United States Magistrate Judge
26
27
28

ORDER
C 10-05084 LHK (LB)

UNITED STATES DISTRICT COURT
For the Northern District of California