1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10   TYRONE JOHNSON,                              No. C 10-05084 LHK (LB)

11               Plaintiff,

12         v.                                     **ORDER REGARDING
                                                  SUPPLEMENTAL SETTLEMENT
13   DAVID FISHBACK, *et al.*,                    STATEMENTS**

14               Defendants.

15   _____/

16         A settlement conference in the above-captioned matter is scheduled for Monday, January 30,

17   2012 before the undersigned.  ECF No. 34.  The court **ORDERS** the parties to submit confidential

18   statements of litigation costs and attorney's fees to date and estimated costs, fees and time projected

19   for further discovery, pretrial proceedings, and trial.  The parties shall email the statements to

20   lbpo@cand.uscourts.gov as soon as possible and preferably by 5:00 p.m. on Friday, January 27,

21   2012.

22         **IT IS SO ORDERED.**

23   Dated:  January 27, 2012

24                                               _____
                                                 LAUREL BEELER
25                                               United States Magistrate Judge

26

27

28

ORDER
C 10-05084 LHK (LB)

UNITED STATES DISTRICT COURT
For the Northern District of California