UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE JOHNSON, | Case No.: 10-CV-05084-LHK |
| Plaintiff, | ORDER RE SETTLEMENT |
| v. | |
| DAVID FISHBACK; M. CARRIZOSA, BADGE NO. S042; JOHN DOE and RICHARD ROE, individually and in their capacities as Los Gatos police officers, the true names and exact numbers of whom are unknown at this time; SCOTT SEAMAN; TOWN OF LOS GATOS, a municipal corporation; DOES 1 to 10, | |
| Defendants. | |

On July 11, 2012, Plaintiff informed the Court that he had entered into a full settlement with all defendants in this matter. ECF No. 44. A pretrial conference in this matter is set for August 8, 2012, at 2:00 p.m. Under this Court's Pretrial Standing Order, the parties are required to meet and confer by July 18, 2012, and file their pretrial materials by July 25, 2012. Accordingly, the Court requests that the parties file a stipulation of dismissal as soon as possible. By 5:00 p.m., Friday, July 13, 2012, the parties shall file a status report informing the Court what steps remain to complete the settlement and when the parties intend to file their stipulation of dismissal. If the parties do not foresee being able to file their stipulation of dismissal by July 25, 2012, the status report shall propose an amended schedule for the pretrial submissions.

1

1  **IT IS SO ORDERED.**

2  Dated: July 12, 2012

_____
LUCY H. KOH
United States District Judge