TODD H. MASTER [SBN: 185881]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants
TOWN OF LOS GATOS, DAVID FISHBACK,
MARIO CARRIZOSA (sued herein as M. CARRIZOSA)
and SCOTT SEAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID FISHBACK, et al.<br><br>    Defendants. | Case No. CV 10-05084 LHK<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff TYRONE JOHNSON against Defendants TOWN OF LOS GATOS, DAVID FISHBACK, MARIO CARRIZOSA (sued herein as M. CARRIZOSA), and SCOTT SEAMAN (collectively, "Defendants") and all others is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear

/ / /

/ / /

/ / /

their own costs and attorney fees.

                                       HOWARD ROME MARTIN & RIDLEY LLP

Dated: July 23, 2012                By: /s/ Todd H. Master
                                                Todd H. Master
                                                Attorneys for Said Defendants

                                       BOSKOVICH & APPLETON

Dated: July 23, 2012                By: /s/ Anthony Boskovich
                                                Anthony Boskovich
                                                Attorneys for Plaintiff

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.  The Clerk shall close the file.

Dated: July 25, 2012                               *Lucy H. Koh*
                                                Hon. Lucy H. Koh
                                                United States District Judge

STIPULATION OF DISMISSAL AND ORDER; Case No.  CV 10-05084 LHK

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715