TODD H. MASTER [SBN: 185881]
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715
Facsimile:   (650) 364-5297

Attorneys for Defendants
TOWN OF LOS GATOS, DAVID FISHBACK,
MARIO CARRIZOSA (sued herein as M. CARRIZOSA)
and SCOTT SEAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID FISHBACK, et al.<br><br>　　　　　Defendants. | Case No. CV 10-05084 LHK<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff TYRONE JOHNSON against Defendants TOWN OF LOS GATOS, DAVID FISHBACK, MARIO CARRIZOSA (sued herein as M. CARRIZOSA), and SCOTT SEAMAN (collectively, "Defendants") and all others is dismissed in its entirety with prejudice  pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear

/ / /

/ / /

/ / /

---
1
STIPULATION OF DISMISSAL AND ORDER; Case No.  CV 10-05084 LHK

their own costs and attorney fees.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: July 23, 2012      By: /s/ Todd H. Master
                              Todd H. Master
                              Attorneys for Said Defendants

BOSKOVICH & APPLETON

Dated: July 23, 2012      By: /s/ Anthony Boskovich
                              Anthony Boskovich
                              Attorneys for Plaintiff

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.  The Clerk shall close the file.

Dated: July 25, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge